■ MICHAEL J. BEDNAR, Respondent, v. LEROY G. JEFFRIES et al., Appellants.— Judgment affirmed, with costs. All concur, except Witmer and Henry, JJ., who dissent and vote to reverse and grant a new trial unless plaintiff stipulates to reduce the verdict to $10,000. (Appeal from judgment of Cattaraugus Trial Term in automobile negligence action.) Present — Marsh, J. P., Witmer, Gabrielli, Cardamone and Henry, JJ.